UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO . 09-22489-CIV-HUCK/O'SULLIVAN

JULIA MULDOWNY,
    Plaintiff,

vs.

MAC ACQUISITION, LLC, et al.,
    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Defendant's Bill of Costs (DE # 176, 5/12/10).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the plaintiff, and a response having been due, it is

ORDERED AND ADJUDGED that the plaintiff shall file a response to the Defendant's Bill of Costs (DE # 176, 5/12/10) on or before July 1, 2010.  The failure to file a response may result in a recommendation that Defendant's Bill of Costs (DE # 176, 5/12/10) be granted in its entirety.

DONE AND ORDERED in Chambers at Miami, Florida this 17th day of June, 2010.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All counsel of record