UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22489-CIV-HUCK/O'SULLIVAN

JULIA MULDOWNEY,

    Plaintiff,

v.

MAC ACQUISITION, LLC and
BRINKER INTERNATIONAL
PAYROLL COMPANY, L.P.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter is before the Court on Defendants' Bill of Costs (Doc. #176), filed May 12, 2010. On July 30, 2010, Magistrate Judge John J. O'Sullivan entered a Report and Recommendation (Doc. #190), in which he recommended that the Bill of Costs be granted in part and denied in part. Judge O'Sullivan further recommended that Defendants be awarded costs in the amount of $15,327.42. Neither party has filed any objections to the Report and Recommendation. The Court has independently reviewed the Report and Recommendation and the pertinent portions of the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is hereby

    ORDERED that Judge O'Sullivan's Report and Recommendation (Doc. #190) is ADOPTED, and Defendants' Bill of Costs (Doc. #176) is GRANTED IN PART, DENIED IN PART. Defendants are awarded costs in the amount of $15,327.42.

    DONE and ORDERED in Chambers, Miami, Florida, August 24, 2010.

                                                                                                                                    Paul C. Huck
                                                                                                                                    United States District Judge

Copies furnished to:
Magistrate Judge John J. O'Sullivan
All Counsel of Record